STEPHEN C. KENNEY (SBN 53883)
KYMBERLY E. SPEER (SBN 121703)
KENNEY & MARKOWITZ L.L.P.
255 California Street, Suite 1300
San Francisco, CA 94111
Telephone:   (415) 397-3100
Facsimile:    (415) 397-3170
Email: skenney@kennmark.com
         kspeer@kennmark.com

Attorneys for Defendants
GINO POSTORIVO, NATIONAL PAINTBALL SUPPLY, INC.,
AND PBS HOLDINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT M. LONG AND BOB LONG ADRENALINE SPORTS TECHNOLOGY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>GINO POSTORIVO, NATIONAL PAINTBALL SUPPLY, INC., PBS HOLDINGS, INC., AND AJ HOLDINGS, LLC,<br><br>Defendants. | CASE NO.  C 07 1547 CRB<br><br>**STIPULATION FOR EXTENSION OF TIME; ORDER** |

   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and all Defendants, who presently are specially-appearing through their respective attorneys of record, that defendants have an extension of time to and including April 30, 2007 in which to respond to plaintiffs' Complaint in this action, filed on March 19, 2007.

   The parties further acknowledge and stipulate that defendants' entering into this Stipulation does not constitute a "general appearance" in this action.

   \*   \*   **Signatures to Commence on Next Page**   \*   \*

{00001.000010 0127473.DOC}   -1-
STIPULATION FOR EXTENSION OF TIME; ORDER; CASE NO. C 07 1547 CRB

Kenney & Markowitz L.L.P.

IT IS SO STIPULATED:

DATED: April 9, 2007

**BARTLIT BECK HERMAN PALENCHAR & SCOTT L.L.P**

By: /s/ Glen E. Summers
GLEN E. SUMMERS
Attorneys for Plaintiffs
ROBERT M. LONG AND BOB LONG ADRENALINE SPORTS TECHNOLOGY, INC.

DATED: April 2, 2007

**KENNEY & MARKOWITZ L.L.P**

By: /s/ Stephen C. Kenney
STEPHEN C. KENNEY
KYMBERLY E. SPEER
Attorneys for Defendants
GINO POSTORIVO, NATIONAL PAINTBALL SUPPLY, INC., AND PBS HOLDINGS, INC.

## ORDER

Good cause appearing therefor, and pursuant to stipulation, IT IS SO ORDERED that all defendants, who are specially-appearing at this point, have an extension of time to respond to plaintiffs' Complaint up to and including April 30, 2007.

Dated: April 11, 2007

_____
CHARLES R. BREYER
UNITED STATES

IT IS SO ORDERED
Judge Charles R. Breyer