1  STEPHEN C. KENNEY (SBN 53883)
   KYMBERLY E. SPEER (SBN 121703)
2  KENNEY & MARKOWITZ L.L.P.
   255 California Street, Suite 1300
3  San Francisco, CA 94111
   Telephone:  (415) 397-3100
4  Facsimile:  (415) 397-3170
   Email: skenney@kennmark.com
5         kspeer@kennmark.com

6  Attorneys for Defendants
   GINO POSTORIVO, NATIONAL PAINTBALL SUPPLY, INC.,
7  AND PBS HOLDINGS, INC.

8

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12

13
   ROBERT M. LONG AND BOB LONG          CASE NO. C 07 1547 CRB
14 ADRENALINE SPORTS TECHNOLOGY,
   INC.,                                **STIPULATION FOR EXTENSION OF**
15                                      **TIME; ORDER**
         Plaintiffs,
16
   v.
17
   GINO POSTORIVO, NATIONAL
18 PAINTBALL SUPPLY, INC., PBS
   HOLDINGS, INC., AND AJ HOLDINGS,
19 LLC,

20       Defendants.

21

22
         IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and defendants
23
   Gino Postorivo, National Paintball Supply, Inc., and PBS Holdings, Inc. (the "Postorivo
24
   defendants"), who presently are specially-appearing through their attorneys of record, that the
25
   Postorivo defendants have an extension of time to and including Wednesday, May 2, 2007 in
26
   which to respond to plaintiff's Complaint in this action, filed March 19, 2007.
27

28

{30253.301998 0127873.DOC}           -1-
                            LONG V. POSTORIVO, ET AL.
                            CASE NO. C 07 1547 CRB
                      STIPULATION FOR EXTENSION OF TIME

The parties further acknowledge and stipulate that the Postorivo defendants' entering into this Stipulation does not constitute a "general appearance" in this action.

IT IS SO STIPULATED:

DATED: April 30, 2007

BARTLIT BECK HERMAN
PALENCHAR & SCOTT L.L.P

By: _____
GLEN E. SUMMERS
Attorneys for Plaintiffs
ROBERT M. LONG AND BOB LONG
ADRENALINE SPORTS
TECHNOLOGY, INC.

DATED: April 30, 2007

KENNEY & MARKOWITZ L.L.P

By: _____
STEPHEN C. KENNEY
KYMBERLY E. SPEER
Attorneys for Defendants
GINO POSTORIVO, NATIONAL
PAINTBALL SUPPLY, INC., AND PBS
HOLDINGS, INC.

ORDER

Good cause appearing therefore, and pursuant to stipulation, IT IS SO ORDERED that defendants Gino Postorivo, National Paintball Supply, Inc., and PBS Holdings, Inc. (the "Postorivo defendants"), who presently are specially-appearing through their attorneys of record, had an extension of time to respond to plaintiffs' Complaint up to and including May 2, 2007.

Dated: May 1, 2007

_____
CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

{30253.301998 0127873.DOC}                     -2-
LONG V. POSTORIVO
CASE NO. C 07 1547
STIPULATION FOR EXTENSION OF TIME