GLEN E. SUMMERS (SB# 176402)
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
1899 Wynkoop Street, 8th Floor
Denver, CO 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140
Email:    glen.summers@bartlit-beck.com

Attorney for Plaintiffs
ROBERT M. LONG AND BOB LONG ADRENALINE
SPORTS TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT M. LONG AND BOB LONG ADRENALINE SPORTS TECHNOLOGY, INC, <br><br> Plaintiffs, <br><br> vs. <br><br> GINO POSTORIVO, NATIONAL PAINTBALL SUPPLY, INC., PBS HOLDINGS, INC., AND AJ HOLDINGS, LLC <br><br> Defendant. | CASE NO. 07-CV-01547-CRB <br><br> [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE |

Good cause appearing therefore, and pursuant to stipulation, IT IS SO ORDERED that the Initial Case Management Conference currently scheduled for Friday, June 29, 2007 at 2:00 p.m. is hereby continued to __July 13, 2007__ at __8:30 a.m.__ .

Dated:  __June 27__ , 2007

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

{30253.301998 0128644.DOC}

IT IS SO ORDERED
Judge Charles R. Breyer