STEPHEN C. KENNEY (SBN 53883)
KYMBERLY E. SPEER (SBN 121703)
KENNEY & MARKOWITZ L.L.P.
255 California Street, Suite 1300
San Francisco, CA 94111
Telephone:    (415) 397-3100
Facsimile:     (415) 397-3170
Email: skenney@kennmark.com
           kspeer@kennmark.com

Attorneys for Defendants
GINO POSTORIVO, NATIONAL PAINTBALL SUPPLY, INC.,
AND PBS HOLDINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT M. LONG AND BOB LONG ADRENALINE SPORTS TECHNOLOGY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>GINO POSTORIVO, NATIONAL PAINTBALL SUPPLY, INC., PBS HOLDINGS, INC., AND AJ HOLDINGS, LLC,<br><br>Defendants. | CASE NO. C 07 1547 CRB<br><br>**REQUEST FOR LEAD TRIAL COUNSEL TO ATTEND INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE (LOCAL RULE 16-10(a)); [PROPOSED] ORDER**<br><br>CMC date: TBD<br>Time: 8:30 a.m.<br>Courtroom: 8, 19th Floor |

The Initial Case Management Conference in this case currently is set for July 6, 2007.[1] Lead trial counsel for defendants Gino Postorivo, National Paintball Supply, Inc., and PBS Holdings, Inc. (collectively, "defendants") are James M. Andrews and David A. Dorey of Blank Rome LLP, 210 Lake Dr. E., Woodland Falls Corporate Park, Suite 200, Cherry Hill, New Jersey 08002. Defendants respectfully request the Court's permission to allow trial counsel from Blank

---

[1] Due to calendar conflicts, the parties have stipulated to continue the CMC to any Friday beginning the week of July 9, 2007. A new date has not yet been assigned.

Rome LLP to appear at the upcoming Initial Case Management Conference by telephone. Local counsel for defendants, Kymberly E. Speer of Kenney & Markowitz, LLP, also will appear at the Initial Case Management Conference, in person.

Respectfully submitted.

DATED: June 26, 2007

KENNEY & MARKOWITZ L.L.P

By: /s/ Stephen C. Kenney
STEPHEN C. KENNEY
KYMBERLY E. SPEER
Attorneys for Defendants
GINO POSTORIVO, NATIONAL PAINTBALL SUPPLY, INC., AND PBS HOLDINGS, INC.

## ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED that lead trial counsel for NPS, attorneys from the firm Blank Rome LLP in Cherry Hill, New Jersey, may appear at the Initial Case Management Conference in this case by telephone. Counsel shall contact the Court Clerk for phone-in arrangements for the hearing.

Dated: __June 27,____, 2007

_____
CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

{30253.301998 0128684.DOC}           -2-
REQUEST FOR LEAD TRIAL COUNSEL TO ATTEND INITIAL CASE MANAGEMENT CONFERENCE
BY TELEPHONE (LOCAL RULE 16-10(A)); [PROPOSED] ORDER
CASE NO. C 07 1547 CRB