IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT M LONG, et al., | No. C 07-01547 CRB |
| Plaintiffs, | **ORDER** |
| v. | |
| GINO POSTORIVO, et al., | |
| Defendants. | |

Now pending before the Court is plaintiffs' ex parte motion to continue the hearing on defendants' motions. After carefully considering plaintiffs' request and defendants' response, the Court continues the hearing to 10:00 a.m. on October 5, 2007. Plaintiffs' opposition memoranda shall be filed on or before September 14, 2007. Such a date gives plaintiffs an additional two weeks. Defendants' reply memoranda shall be filed on or before September 28, 2007.

**IT IS SO ORDERED.**

Dated: August 28, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\1547\orderrecontinuance.wpd