1  STEPHEN C. KENNEY (SBN 53883)
   KYMBERLY E. SPEER (SBN 121703)
2  KENNEY & MARKOWITZ L.L.P.
   255 California Street, Suite 1300
3  San Francisco, CA 94111
   Telephone:    (415) 397-3100
4  Facsimile:    (415) 397-3170
   Email: skenney@kennmark.com
5         kspeer@kennmark.com

6  Attorneys for Defendants
   GINO POSTORIVO, NATIONAL PAINTBALL SUPPLY, INC.,
7  AND PBS HOLDINGS, INC.

8  DAVID A. DOREY (*Pro Hac Vice*)
   BLANK ROME LLP
9  Woodland Falls Corporate Park
   210 Lake Drive East, Suite 200
10 Cherry Hill, NJ 08002
   Telephone:    (856) 779-3617
11 Facsimile:    (856) 779-6127
   Email: dorey@blankrome.com
12
   Attorneys for Defendants
13 GINO POSTORIVO, NATIONAL PAINTBALL SUPPLY, INC.,
   AND PBS HOLDINGS, INC.
14

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                        SAN FRANCISCO DIVISION

19

| | |
|---|---|
| ROBERT M. LONG AND BOB LONG ADRENALINE SPORTS TECHNOLOGY, INC., <br><br>Plaintiffs, <br><br>v. <br><br>GINO POSTORIVO, NATIONAL PAINTBALL SUPPLY, INC., PBS HOLDINGS, INC., AND AJ HOLDINGS, LLC, <br><br>Defendants. | CASE NO. C 07 1547 CRB <br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO DELIVER AUDIO VISUAL EQUIPMENT TO COURTROOM FOR HEARING <br><br>DATE:          October 5, 2007 <br>TIME:          2:30 p.m. <br>COURTROOM: 8, 19th Floor <br><br>**Judge Charles R. Breyer** |

{30253.301998 0130464.DOC}                     -1-
[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO DELIVER AUDIO VISUAL EQUIPMENT
TO COURTROOM FOR HEARING; CASE NO. C 07 1547 CRB

Defendants GINO POSTORIVO, NATIONAL PAINTBALL SUPPLY, INC., and PBS HOLDINGS, INC. ("National defendants") have requested leave to deliver audio-visual equipment to Courtroom 8, 19th Floor, to be used at the above-captioned hearing, set to commence on October 5, 2007, at 2:30 p.m.

Having considered the National defendants' request, the Court issues the following order:

1.  Counsel for National defendants shall be permitted to deliver the equipment listed below to Courtroom 8, 19th Floor, on Friday, October 5, 2007, to be available for use during the hearing of U.S.D.C. Case Number C 07 1547 CRB.

2.  The audio-visual equipment is to consist of the following:

    a.  Video/computer projector

    b.  Personal laptop computer

    c.  Projector screen

**IT IS THEREFORE ORDERED** that the National defendants' request for permission to deliver audio-visual equipment to Courtroom 8, 19th Floor, on Friday, October 5, 2007, is **GRANTED.**

DATED: October 3, 2007



CHARLES R. BREYER
United States District Court Judge