DAVID A. DOREY (SBN 8363) (*Pro Hac Vice*)
BLANK ROME LLP
Woodland Falls Corporate Park
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002
Telephone:    (856) 779-3617
Facsimile:    (856) 779-6127
Email: dorey@blankrome.com

KYMBERLY E. SPEER (SBN 121703)
KENNEY & MARKOWITZ L.L.P.
255 California Street, Suite 1300
San Francisco, CA 94111
Telephone:    (415) 397-3100
Facsimile:    (415) 397-3170
Email: kspeer@kennmark.com

Attorneys for Defendants/Counterclaimant
GINO POSTORIVO, NATIONAL PAINTBALL SUPPLY, INC.,
AND PBS HOLDINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT M. LONG AND BOB LONG ADRENALINE SPORTS TECHNOLOGY, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>GINO POSTORIVO, NATIONAL PAINTBALL SUPPLY, INC., PBS HOLDINGS, INC., AND AJ HOLDINGS, LLC,<br><br>    Defendants. | CASE NO. C 07 1547 CRB<br><br>~~REQUEST FOR LEAD TRIAL COUNSEL TO ATTEND MOTION HEARING BY TELEPHONE (LOCAL RULE 16-10(a));~~ [PROPOSED] ORDER<br><br>Motion date: January 11, 2008<br>Time:         10:00 a.m.<br>Courtroom: 8, 19th Floor |
| AND RELATED COUNTERCLAIM | |

The hearing on the National defendants' renewed motion to dismiss/change venue, based on the venue selection clause in a Purchase Order between the parties, is set for hearing on January

11, 2008. Lead trial counsel for defendants Gino Postorivo, National Paintball Supply, Inc., and PBS Holdings, Inc. (collectively, "National defendants") is David A. Dorey of Blank Rome LLP, 210 Lake Dr. E., Woodland Falls Corporate Park, Suite 200, Cherry Hill, New Jersey 08002. Mr. Dorey has been admitted *pro hac vice* in this case.

Defendants respectfully request the Court's permission to allow Mr. Dorey to appear at the upcoming motion hearing by telephone. Local counsel for defendants, Kymberly E. Speer of Kenney & Markowitz, LLP, also will appear at the hearing in person.

Respectfully submitted.

DATED: December __, 2007

**KENNEY & MARKOWITZ L.L.P.**

By: _____
KYMBERLY E. SPEER
Attorneys for Defendants/Counterclaimant
GINO POSTORIVO, NATIONAL
PAINTBALL SUPPLY, INC., AND PBS
HOLDINGS, INC.

## ORDER

Good cause appearing therefore, **IT IS HEREBY ORDERED** that lead trial counsel David A. Dorey may appear at the January 11, 2008 hearing on the National defendants' motion to dismiss/change venue in this case by telephone. Counsel shall contact the Court Clerk for phone-in arrangements for the hearing.

Dated: January _2_, 2008

_____
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

{30253.301998 0131694.DOC}  -2-
REQUEST FOR LEAD TRIAL COUNSEL TO ATTEND MOTION HEARING
BY TELEPHONE (LOCAL RULE 16-10(A)); [PROPOSED] ORDER
CASE NO. C 07 1547 CRB