UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT M. LONG, BOB LONG, ADENALINE SPORTS TECHNOLOGY, INC., and DELTA SPLATT, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>EUGENIO POSTORIVO, JR.; PBS HOLDINGS INC., f/k/a/ NATIONAL PAINTBALL SUPPLY INC, d/b/a NPS CALIFORNIA; KEE ACTION SPORTS LLC f/k/a AJ INTERMEDIATE HOLDINGS LLC; KEE ACTION SPORTS I LLC d/b/a KEE ACTION SPORTS, NATIONAL PAINTBALL SUPPLY AND PURSUIT MARKETING INC., f/k/a AJ ACQUISITIONS I LLC; KEE ACTION SPORTS II LLC; AJ HOLDINGS LLC; and DOES 1 THROUGH 100<br><br>Defendants. | CASE NO. 3:07-CV-1547 CRB<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

**ORDER**

Jonathan P. Boughrum, Esquire, an active member in good standing of the bar of the Commonwealth of Pennsylvania, among others, whose business address and telephone number is Montgomery, McCracken, Walker & Rhoads, LLP, 123 South Broad Street, Avenue of the Arts, Philadelphia, PA 19109, (215) 772-1500, has applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants KEE Action Sports LLC f/k/a AJ Intermediate Holdings LLC; KEE Action Sports I LLC d/b/a KEE Action Sports, and KEE Actions Sports II LLC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will

1

1 | constitute notice to the party.  All future filings in this action are subject to the requirements
2 | contained in General Order No. 45, *Electronic Case Filing*.

Dated: JAN - 4 2008

United States District Judge
Charles R. Breyer