GLEN E. SUMMERS (SBN 176402)
BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLP
1899 Wynkoop Street, 8th Floor
Denver, CO 80202
Tel:    303.592.3151
        303.592.3115 (direct)
Fax:    303.592.3140
Email: glen.summers@bartlit-beck.com

Attorneys for Plaintiffs
ROBERT M. LONG AND BOB LONG ADRENALINE
SPORTS TECHNOLOGY, INC.,

GARY M. ITTIG (SBN 83394)
MICHAEL D. McCONATHY (SBN 202982)
LYNCH, GILARDI & GRUMMER
A Professional Corporation
475 Sansome Street, Suite 1800
San Francisco CA 94111
Telephone:  (415) 397-2800
Facsimile:  (415) 397-0937
Email: mmcconathy@lgglaw.com
       gittig@lgglaw.com

Co-Counsel for Defendants/Counterclaimant KEE ACTION SPORTS LLC f/k/a
AJ INTERMEDIATE HOLDINGS LLC; KEE ACTION SPORTS I LLC
d/b/a KEE ACTION SPORTS; and KEE ACTION SPORTS II LLC

KYMBERLY E. SPEER (SBN 121703)
KENNEY & MARKOWITZ L.L.P.
255 California Street, Suite 1300
San Francisco, CA  94111
Telephone:    (415) 397-3100
Facsimile:    (415) 397-3170
Email: kspeer@kennmark.com

Attorneys for Defendants/Counterclaimant
GINO POSTORIVO, NATIONAL PAINTBALL SUPPLY, INC.,
AND PBS HOLDINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION – ECF PROGRAM

Kenney
&
Markowitz
L.L.P.

{30253.301998 0133007.DOC}                    -1-
JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C 07 1547 CRB

| | |
|---|---|
| ROBERT M. LONG AND BOB LONG ADRENALINE SPORTS TECHNOLOGY, INC., <br><br>    Plaintiffs, <br><br> v. <br><br> GINO POSTORIVO, NATIONAL PAINTBALL SUPPLY, INC., PBS HOLDINGS, INC., AND AJ HOLDINGS, LLC, <br><br>    Defendants. | CASE NO.  C 07 1547 CRB <br><br> **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** <br><br> **CMC:**         **April 4, 2008** <br> **Time:**        **8:30 a.m.** <br> **Dept:**        **08 (19th Floor)** <br>                 **Hon. Judge** <br>                 **Charles R. Breyer** <br><br> **Trial Date:**     **September 22, 2008** |

AND RELATED COUNTERCLAIM

## I.    FACTS

### A.    Background

At the January 11, 2008 Case Management Conference, the Court ordered the parties to conduct discovery for settlement purposes and agree on other dates and a mediation process. "If more time is needed, parties may request to continue FCMC set for 4/4/08." Civil Minutes, January 11, 2008, Case No. C-07-01547 CRB.

### B.    Current Status

The parties are in the midst of document exchanges necessary to prepare for and conduct the proposed depositions of corporate representatives. All parties through their attorneys of record agree on the following plan to complete discovery and move this case forward to mediation:

- The parties will complete their document productions and depositions by the end of April, 2008 or as soon thereafter as possible.

- The parties will mediate the dispute, with mediation to be conducted no later than May 31, 2008 regardless of the mediation venue selected (*e.g.,* Court ADR program vs. private mediation.) The parties already have agreed that any mediation costs will be split three ways, and have exchanged the names of possible private mediators. Additional consideration will be made to mediation under this Court's ADR procedures. In the event the Court's ADR/mediation program becomes the selected method of mediation, the parties will submit a Rule 16-8(c) stipulation for

Kenney & Markowitz L.L.P.

1    referral to that program no later than April 18, 2008, to allow time for the

2    mediation to be scheduled through the Court process.

3    In order to preserve resources for the limited discovery and mediation outlined above, the

4    parties have agree to respectfully request that the Case Management Conference, currently set for

5    April 4, 2008, be continued to the first date available on the Court's calendar after May 31, 2008.

6    **II.    STIPULATION**

7    Accordingly, **IT IS HEREBY STIPULATED AND AGREED** by and between the

8    parties hereto, through their respective counsel, that the Case Management Conference scheduled

9    for April 4, 2008, be continued until June 6, 2008, or such other date as the Court may designate

10   according to its calendar.

11

12   DATED:  March 28, 2008               **BARTLIT BECK HERMAN
                                            PALENCHAR & SCOTT LLP**
13

14                                         By:_____/s/_____
                                               GLEN E. SUMMERS
15                                             Attorneys for Plaintiffs
                                               ROBERT M. LONG AND BOB LONG
16                                             ADRENALINE SPORTS
                                               TECHNOLOGY, INC.
17

18

19
     DATED:  March 28, 2008               **LYNCH, GILARDI & GRUMMER**
20

21                                         By:_____/s/_Michael McConathy_____
                                               GARY M. ITTIG
22                                             MICHAEL D. MCCONATHY
                                               Co-Counsel for
23                                             Defendants/Counterclaimant
                                               KEE ACTION SPORTS LLC F/K/A
24                                             AJ INTERMEDIATE HOLDINGS LLC;
                                               KEE ACTION SPORTS I LLC
25                                             D/B/A KEE ACTION SPORTS; AND
                                               KEE ACTION SPORTS II LLC
26

Kenney
&
Markowitz     27
L.L.P.
              28

1

DATED:  March 28, 2008

2

**KENNEY & MARKOWITZ L.L.P**

3

By:_____/s/_____

KYMBERLY E. SPEER

4

Attorneys for Defendants/Counterclaimant

GINO POSTORIVO, NATIONAL

5

PAINTBALL SUPPLY, INC., AND PBS

HOLDINGS, INC.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Kenney
&
Markowitz
L.L.P.

{30253.301998 0133007.DOC}                                   -4-

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

CASE NO. C 07 1547 CRB

1

## [PROPOSED] ORDER

2

3          Good cause appearing therefore, IT IS HEREBY ORDERED that the Case Management

4   Conference currently set for April 4, 2008 is continued to __June 6_____, 2008.  The parties

5   shall submit a Joint Case Management Conference Statement on or before June 2, 2008.

6

Dated: March _31_, 2008

7                                                                              _____

8                                                                              CHARLES R. BREYER
                                                                               UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Kenney
&
Markowitz
L.L.P.

{30253.301998 0133007.DOC}                          -5-
JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C 07 1547 CRB