GARY M. ITTIG, ESQ. (CBN 83394)
MICHAEL D. McCONATHY, ESQ. (CBN 202982)
LYNCH, GILARDI & GRUMMER
A Professional Corporation
475 Sansome Street, Suite 1800
San Francisco CA 94111
Telephone:  (415) 397-2800
Facsimile:  (415) 397-0937

Attorneys for Defendants KEE ACTION SPORTS LLC f/k/a
AJ INTERMEDIATE HOLDINGS LLC; KEE ACTION SPORTS I LLC
d/b/a KEE ACTION SPORTS; and KEE ACTION SPORTS II LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT M. LONG, BOB LONG, ADENALINE SPORTS TECHNOLOGY, INC., and DELTA SPLATT, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>EUGENIO POSTORIVO, JR.; PBS HOLDINGS INC., f/k/a/ NATIONAL PAINTBALL SUPPLY INC, d/b/a NPS CALIFORNIA; KEE ACTION SPORTS LLC f/k/a AJ INTERMEDIATE HOLDINGS LLC; KEE ACTION SPORTS I LLC d/b/a KEE ACTION SPORTS, NATIONAL PAINTBALL SUPPLY AND PURSUIT MARKETING INC., f/k/a AJ ACQUISITIONS I LLC; KEE ACTION SPORTS II LLC; AJ HOLDINGS LLC; and DOES 1 THROUGH 100<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIMS. | CASE NO. 3:07-CV-1547 CRB<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>**Date: June 6, 2008**<br>**Time: 8:30 am**<br>**Dept:  08 (Hon. Judge Breyer)**<br><br>Case Filed: 03/19/2007<br>Trial Date:  09/22/2008 |

///

1

**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER**

1. **CASE HISTORY AND MEDIATION EFFORTS**

At the January 11, 2008 Case Management Conference ("CMC") in this matter (following the recent December 31, 2007 appearance by KEE Action Sports et al), all parties agreed to proceed with private mediation and were set for a further CMC on April 4, 2008. Thereafter, the parties continued their respective written discovery and selected mediator Hon. Alfred Chiantelli (Ret.) of ADR Services, Inc. in San Francisco CA for mediation. To allow adequate time to complete discovery and conduct this mediation, the court approved a subsequent joint request to continue the CMC from April 4, 2008 until June 6, 2008.

Due to on-going discovery efforts, depositions, and availability limitations by both the mediator and counsel, the mediation could not be completed before the currently scheduled CMC date of June 6, 2008. However, the parties have conferred, have reserved an all-day mediation with Judge Chiantelli in San Francisco CA on <u>June 13, 2008</u>, and are prepared to proceed on this date.

2. **REQUEST FOR FURTHER CMC CONTINUANCE**

With the June 13, 2008 mediation now set, the currently-scheduled June 6, 2008 CMC hearing would be pre-mature and of little use to the court or any party. All parties, through their respective counsel of record, therefore request that this scheduled June 6, 2008 CMC be continued until **Friday, June 27, 2008 at 8:30am** (or the next available CMC hearing date/time convenient with the court).

In the event that the matter is fully resolved at this mediation, the parties will immediately notify the court and a formal request to vacate the CMC hearing will be made.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  June 2, 2008         BARLIT, BECK, HERMAN. PALENCHAR & SCOTT

                                                            /s/ Glen E. Summers

GLEN ERIC SUMMERS, ESQ.
Counsel for Plaintiffs, ROBERT M. LONG, BOB LONG ADRENALINE SPORTS TECHNOLOGY, INC. and DELTA SPLAT, INC.

**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**

Dated:  June 2, 2008        MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP

          /s/ Jonathan Boughrum

RICHARD L. SCHEFF, ESQ. (*pro hac vice*)
JONATHAN P. BOUGHRUM, ESQ. (*pro hac vice*)
Co-Counsel for Defendants, KEE Action Sports, LLC f/k/a AJ Intermediate Holdings LLC; KEE Action Sports I, LLC d/b/a KEE Action Sports; and KEE Actions Sports II, LLC

Dated:  June 2, 2008        BLANK ROME, LLP

          /s/ David Dorey

DAVID DOREY, ESQ. (*pro hac vice*)
Co-Counsel for Defendants, EUGENIO POSTORIVO, JR., PBS HOLDINGS, INC., f/k/a NATIONAL PAINTBALL SUPPLY, INC. d/b/a NPS CALIFORNIA

- - - - -

### --- **ORDER** –--

Good cause appearing therefore, IT IS HEREBY ORDERED that the currently scheduled Case Management Conference of June 6, 2008 (8:30 a.m.) in Department 8 of this Court, is continued until ___June 27___, 2008 at _8_:_30_ a.m. in this same Department.  The parties shall file a Joint Case Management Conference Statement describing the outcome of the June 13, 2008 mediation at least five (5) court days prior to this new Case Management Conference date.

IT IS SO ORDERED.

Dated:  June _03_, 2008        _____
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer