1  DAVID A. DOREY (SBN 8363) (*Pro Hac Vice*)
   BLANK ROME LLP
2  Woodland Falls Corporate Park
   210 Lake Drive East, Suite 200
3  Cherry Hill, NJ 08002
   Telephone:    (856) 779-3617
4  Facsimile:    (856) 779-6127
   Email: dorey@blankrome.com
5
   KYMBERLY E. SPEER (SBN 121703)
6  KENNEY & MARKOWITZ L.L.P.
   255 California Street, Suite 1300
7  San Francisco, CA  94111
   Telephone:    (415) 397-3100
8  Facsimile:    (415) 397-3170
   Email: kspeer@kennmark.com
9
   Attorneys for Defendants/Counterclaimant
10 GINO POSTORIVO, NATIONAL PAINTBALL SUPPLY, INC.,
   AND PBS HOLDINGS, INC.

11

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                 SAN FRANCISCO DIVISION – ECF PROGRAM

16

| 17 | ROBERT M. LONG AND BOB LONG ADRENALINE SPORTS TECHNOLOGY, INC., | CASE NO. C 07 1547 CRB |
|---|---|---|
| 18 | | **REQUEST FOR LEAD TRIAL COUNSEL TO ATTEND INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE (LOCAL RULE 16-10(a)); [PROPOSED] ORDER** |
| 19 | Plaintiffs, | |
| 20 | v. | |
| 21 | GINO POSTORIVO, NATIONAL PAINTBALL SUPPLY, INC., PBS HOLDINGS, INC., AND AJ HOLDINGS, LLC, | CMC date: June 27, 2008<br>Time: 8:30 a.m.<br>Courtroom: 8, 19th Floor |
| 22 | | |
| 23 | Defendants. | |
| 24 | | |
| 25 | AND RELATED COUNTERCLAIM | |

26

Kenney & Markowitz L.L.P.

27

28  {30253.301998 0134017.DOC}         -1-
    REQUEST FOR LEAD COUNSEL TO ATTEND INITIAL
    CASE MANAGEMENT CONFERENCE BY TELEPHONE
    CASE NO. C 07 1547 CRB

This case is set for a Case Management Conference on June 27, 2008. Lead trial counsel for defendants Gino Postorivo, National Paintball Supply, Inc., and PBS Holdings, Inc. (collectively, "the National Defendants") are James M. Andrews and David A. Dorey of Blank Rome LLP, 210 Lake Dr. E., Woodland Falls Corporate Park, Suite 200, Cherry Hill, New Jersey 08002. During the June 13, 2008 mediation the National Defendants reached a conditional settlement with plaintiffs that would eliminate plaintiffs' claims in this Court, while preserving the cross-claims between the National defendants and the KEE parties to be litigated along with other, pending claims in Delaware.

Accordingly, the National Defendants respectfully request the Court's permission to allow trial counsel from Blank Rome LLP to appear at the upcoming Case Management Conference by telephone. Local counsel for the National Defendants, Kymberly E. Speer of Kenney & Markowitz, LLP, will appear at the Case Management Conference in person.

Respectfully submitted.

DATED: June 26, 2008

**KENNEY & MARKOWITZ L.L.P**

By: _____/s/_____
KYMBERLY E. SPEER
Attorneys for Defendants
GINO POSTORIVO, NATIONAL
PAINTBALL SUPPLY, INC., AND PBS
HOLDINGS, INC.

### ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED that lead trial counsel for the National Defendants, attorneys from the firm Blank Rome LLP in Cherry Hill, New Jersey, may appear at the Case Management Conference in this case by telephone. Counsel shall contact the Court Clerk for phone-in arrangements for the hearing.

Dated: ___June 26___, 2008               _____
                                         CHARLES R. BREYER
                                         UNITED STATES DISTRICT JUDGE



{30253.301998 0134017.DOC}                -2-
REQUEST FOR LEAD COUNSEL TO ATTEND
CASE MANAGEMENT CONFERENCE BY TELEPHONE
CASE NO. C 07 1547 CRB