DAVID A. DOREY (SBN 8363) (*Pro Hac Vice*)
BLANK ROME LLP
Woodland Falls Corporate Park
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002
Telephone:    (856) 779-3617
Facsimile:    (856) 779-6127
Email: dorey@blankrome.com

KYMBERLY E. SPEER (SBN 121703)
KENNEY & MARKOWITZ L.L.P.
255 California Street, Suite 1300
San Francisco, CA  94111
Telephone:    (415) 397-3100
Facsimile:    (415) 397-3170
Email: kspeer@kennmark.com

Attorneys for Defendants/Counterclaimant
GINO POSTORIVO, NATIONAL PAINTBALL SUPPLY, INC.,
AND PBS HOLDINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION – ECF PROGRAM

| | |
|---|---|
| ROBERT M. LONG AND BOB LONG ADRENALINE SPORTS TECHNOLOGY, INC.,<br><br>　　Plaintiffs,<br><br>v.<br><br>GINO POSTORIVO, NATIONAL PAINTBALL SUPPLY, INC., PBS HOLDINGS, INC., AND AJ HOLDINGS, LLC,<br><br>　　Defendants. | CASE NO.  C 07 1547 CRB<br><br>**NOTICE OF SETTLEMENT; REQUEST TO TAKE VENUE MOTION OFF-CALENDAR; [PROPOSED] ORDER** |
| AND RELATED COUNTERCLAIM | |

## NOTICE OF SETTLEMENT

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN that plaintiffs Robert M. Long, Bob Long Action Sports Technology, Inc., and Delta Splat, Inc. ("plaintiffs") have reached oral agreements on the principal terms of settlements with defendants Gino Postorivo, National Paintball Supply, Inc. and PBS Holdings, Inc. (collectively, "National"), and, separately, with defendants KEE Action Sports LLC f/k/a AJ Intermediate Holdings LLC; KEE Action Sports I LLC d/b/a KEE Action Sports; and KEE Action Sports II LLC (collectively, "KEE"). The parties are in the process of preparing and circulating documents that will memorialize the terms of their respective settlements.

Collateral to the proposed resolution of plaintiffs' claims, National and KEE have agreed to dismiss their cross-claims against each other in this case without prejudice, so that those claims can be further litigated in the related action now pending in the Court of Chancery of the State of Delaware under the caption *Eugenio Postorivo, et al. v. AG Paintball Holdings, Inc., et al.*, consolidated Case No. 2991-VCP (the "Delaware litigation"). To the extent any party's pleadings in the Delaware litigation need to be amended in order to fully encompass the claims hereby dismissed, National and KEE will also stipulate that any party to the Delaware litigation may, with Court approval, amend his/its pleadings in that litigation as necessary.

Once the settlement documents are approved and signed and the settlement consideration paid, the parties will file a stipulation dismissing plaintiffs' claims against all defendants, and any counterclaims against plaintiffs, with prejudice; and dismissing without prejudice the cross-claims by and between KEE and National.

## REQUEST TO TAKE VENUE MOTION OFF-CALENDAR

NOTICE IS FURTHER GIVEN that the National defendants' motion to change venue of the cross-claims, which motion currently is pending before this Court and set for hearing on August 21, 2008 at 10 a.m., is withdrawn and National requests that the motion hearing be taken off-calendar. The parties suggest that, should the Court wish to address any of the matters above with the parties' counsel, the August 21, 2008 hearing be used for a Case Management Conference.

DATED: August 13, 2008

**BARTLIT BECK HERMAN PALENCHAR & SCOTT L.L.P**

By: _____/s/_____
GLEN E. SUMMERS
Attorneys for Plaintiffs
ROBERT M. LONG AND BOB LONG ADRENALINE SPORTS TECHNOLOGY, INC.

DATED: August 13, 2008

**KENNEY & MARKOWITZ L.L.P**

By: _____/s/_____
KYMBERLY E. SPEER
Attorneys for Defendants/Counterclaimants
GINO POSTORIVO, NATIONAL PAINTBALL SUPPLY, INC., AND PBS HOLDINGS, INC.

DATED: August 13, 2008

**LYNCH, GILARDI & GRUMMER**

By: _____/s/_____
GARY M. ITTIG
MICHAEL D. McCONATHY Co-Counsel for Defendants/Counterclaimant
KEE ACTION SPORTS LLC F/K/A AJ INTERMEDIATE HOLDINGS LLC; KEE ACTION SPORTS I LLC D/B/A KEE ACTION SPORTS; AND KEE ACTION SPORTS II LLC

## ORDER

The parties having advised the Court of their agreements by which this litigation will be resolved, IT IS HEREBY ORDERED that

1. The National defendants' motion to change venue, currently set for hearing on August 21, 2008 at 10 a.m. in Courtroom 19 of this Court, is hereby taken off-calendar.

2. The parties shall attend a telephonic Case Management Conference on August 21, 2008 to advise the Court of the status of the proposed settlements. Case management conference set for August 21, 2008 at 8:30 a.m..

Dated: August 18, 2008



_____
CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

Kenney & Markowitz L.L.P.

{30253.301998 0134625.DOC}                    -4-
Notice Of Settlement; Request to Take Venue Motion Off-Calendar; [Proposed] Order
CASE NO. C 07 1547 CRB