**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT M LONG, et al.,

    Plaintiffs,

v.

GINO POSTORIVO, et al.,

    Defendants.
    /

No. C 07-01547 CRB

**ORDER SETTING TRIAL**

    Plaintiffs filed this breach of contract action in March 2007. At a Case Management Conference held on January 11, 2008, the Court scheduled trial to commence on September 22, 2008. On August 13, 2008–less than one month before the pretrial conference-- defendants Eugenio Postorivo, PBS Holdings, Inc. and National Paintball Supply, Inc. (the "Postorivo defendants") filed a Notice advising the Court that the case had settled. In accordance with the Postorivo defendants' Notice, the Court vacated the September 22, 2008 trial date and continued the action to allow the parties to complete written settlement agreements.

    On October 3, 2008, plaintiffs advised the Court in writing that for more than six weeks the Postorivo defendants had not responded to plaintiffs' circulation of draft settlement agreements and had not provided plaintiffs with any explanation as to their failure to respond. At a further Case Management Conference held on October 10, 2008, the

1  Postorivo defendants advised the Court and plaintiffs that they were refusing to go forward
2  with the settlement. They reiterated their refusal at an October 16, 2008 Case Management
3  Conference.

4       In light of the Postorivo defendants' refusal to proceed with the settlement, trial must
5  be rescheduled. Jury trial shall commence at 8:30 a.m. on November 10, 2008. The pretrial
6  conference will be held at 4:00 p.m. on Tuesday, November 4, 2008. Discovery is closed.
7  Trial was originally scheduled to commence on September 22, 2008; the parties have had
8  ample opportunity to conduct any required discovery.

9       With respect to the Pretrial Conference Order filed January 11, 2008, the parties do
10 not need to comply with paragraph 1(a). The joint set of proposed instructions and
11 memoranda regarding disputed instructions required by paragraphs 1(b) and (c), as well as
12 the special verdict form required by paragraph 1(d), shall be filed on or before November 7,
13 2008. As for the motions in limine discussed in paragraph 1(f), a party's motions in limine
14 shall be served on the opposing party on or before October 27, 2008. The motions, together
15 with the oppositions, shall be filed with the Court on or before Thursday, October 30, 2008.

16    **IT IS SO ORDERED.**

17 Dated: October 16, 2008



18                                           CHARLES R. BREYER
                                          UNITED STATES DISTRICT JUDGE