GLEN E. SUMMERS (SB# 176402)
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
1899 Wynkoop Street, 8th Floor
Denver, CO 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140
Email: glen.summers@bartlit-beck.com

Attorney for Plaintiffs
ROBERT M. LONG, BOB LONG ADRENALINE SPORTS TECHNOLOGY, INC. and DELTA SPLAT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ROBERT M. LONG, BOB LONG ADRENALINE SPORTS TECHNOLOGY, INC, and DELTA SPLAT, INC.,

Plaintiffs,

vs.

EUGENIO POSTORIVO, JR.; PBS HOLDINGS, INC. f/k/a NATIONAL PAINTBALL SUPPLY, INC. d/b/a NPS CALIFORNIA; KEE ACTION SPORTS LLC f/k/a AJ INTERMEDIATE HOLDINGS LLC; KEE ACTION SPORTS I LLC d/b/a KEE ACTION SPORTS, NATIONAL PAINTBALL SUPPLY AND PURSUIT MARKETING INC. f/k/a AJ ACQUISITION I LLC; KEE ACTION SPORTS II LLC; AJ HOLDINGS LLC; and DOES 1 THROUGH 100,

Defendants.

Case No. 07-CV-01547-CRB

**STIPULATION OF DISMISSAL**

Judge: Hon. Charles Breyer

Case Filed: 3/19/2007
Trial Date: 11/10/2008

The Plaintiffs to this action having reached settlements with all of the Defendants, the parties hereby stipulate, pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii), to the dismissal of this action.

The dismissal of all claims brought by the Plaintiffs and all counterclaims brought by any Defendants against Plaintiffs shall be **WITH PREJUDICE**.

The dismissal of the respective cross-claims between Defendants Eugenio Postorivo, Jr. and PBS Holdings, Inc. (hereinafter, the "NPS Defendants"), on the one hand, and KEE Action Sports LLC, KEE Action sports I LLC and KEE Action Sports II LLC (hereinafter, the "KEE Defendants"), on the other hand, shall be **WITHOUT PREJUDICE**. The NPS Defendants and the KEE Defendants have agreed to pursue their cross-claims in the Delaware Court of Chancery and agree not to re-file the cross-claims in this Court.

Each party shall bear its own costs and attorney's fees.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: November 3, 2008

BARLIT BECK HERMAN PALENCHAR & SCOTT LLP

Glen E. Summers

*Counsel for Plaintiffs, ROBERT M. LONG, BOB LONG ADRENALINE SPORTS TECHNOLOGY, INC. and DELTA SPLAT, INC.*

Dated: November 3, 2008

MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP

Jonathan P. Boughrum (*pro hac vice*)

*Counsel for Defendants, KEE ACTION SPORTS, LLC f/k/a AJ INTERMEDIATE HOLDINGS, LLC; KEE ACTION SPORTS I, LLC d/b/a KEE ACTION SPORTS; and KEEACTION SPORTS II, LLC*

Dated: November 3, 2008

BLANK ROME, LLP

James Andrews (*pro hac vice*)

*Counsel for Defendants, EUGENIO POSTORIVO, JR., PBS HOLDINGS, INC., f/k/a NATIONAL PAINTBALL SUPPLY, INC. d/b/a NPS CALIFORNIA*

Signed: November 3, 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Charles R. Breyer